## No. 15,283.

RIORDAN ET AL. *v.* PILLIG ET AL.
(138 P. [2d] 946)

Decided March 22, 1943. Rehearing denied April 19, 1943.

Judgment affirmed en banc without written opinion.

Mr. RAYMOND M. SANDHOUSE, Mr. FRANCIS L. SHALLEN-BERGER, for plaintiffs in error.

Mr. J. V. REDMOND, Mr. DEON DREFKE, for defendants in error.